**Joseph B. FLYNN, Individually, and as Personal Representative of the Estate of Jacqueline Renee Flynn, Deceased; Marie Esther (Flynn) Soord, Individually, Plaintiffs–Appellants**

v.

**AMERICAN HONDA MOTOR COMPANY, Defendant–Appellee**

No. 15–20220

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/09/2016

Charles Benton Musslewhite, Sr., Esq., Houston, TX, for Plaintiffs–Appellants.

David R. Montpas, Jeffrey S. Hawkins, David McDonald Prichard, Prichard Hawkins & Young, San Antonio, TX, for Defendant–Appellee.

Before DENNIS, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

This is an appeal of the district court's grant of summary judgment to American Honda Motor Company, Inc. in a products liability and wrongful death action involving an alleged airbag design defect. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

